UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A. | ) |
| | ) |
| | ) Case No. 5:13-CV-00130-FL |
| Appellant, | ) |
| | ) |
| v. | ) |
| | ) |
| BRIER CREEK CORPORATE CENTER | ) |
| ASSOCIATES LIMITED | ) |
| PARTNERSHIP; *et al.* | ) |
| | ) |
| Appellees. | ) |

## ORDER GRANTING BANK OF AMERICA, N.A.'S EMERGENCY MOTION TO SHORTEN RESPONSE TIME

**THIS MATTER** came before the Court on Bank of America, N.A.'s Emergency Motion to Shorten Response Time for Bank of America, N.A.'s Motion to Stay January 17, 2013 Bankruptcy Order Pending Appeal. As the motion states that appellees have no objection, and for good cause shown, Bank of America's Motion is hereby **GRANTED**. Responses to Bank of America, N.A.'s Motion to Stay January 14, 2013 Bankruptcy Order Pending Appeal shall be filed on or before March 8, 2013.

So ordered, this the 1st day of March, 2013.

*[signature]*

Judge Louise W. Flanagan
United States District Court
Eastern District of North Carolina