IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 5:13-CV-00130-FL |
| BRIER CREEK CORPORATE CENTER ASSOCIATES LIMITED PARTNERSHIP, et al., | ) ) ) ) | |
| Appellees. | ) | |

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 5:13-CV-00142-FL |
| BRIER CREEK CORPORATE CENTER ASSOCIATES LIMITED PARTNERSHIP, et al., | ) ) ) ) | |
| Appellees. | ) | |

This matter comes before the court on appellant's motions to stay January 14, 2013, order of the bankruptcy court (DE# 43), related to the first matter captioned above, and its January 30, 2013 order (DE# 28), related to the second matter, which cases were consolidated by order of this court entered March 6, 2013. Appellant seeks a stay pending decision on the appeals before this court. These motions are opposed.

Having considered further the arguments of the parties in support of and in opposition to the

requested stay action, the undersigned concludes a stay order is appropriate. These motions are allowed. A briefing schedule has been established and hearing set to commence on expedited basis Friday, April 19, 2013, at New Bern.

Memorandum opinion will issue separately in furtherance of the court's ruling.

SO ORDERED this the 15th day of March, 2013.

LOUISE W. FLANAGAN
United States District Judge