MOTION GRANTED
this 26 day of Mar
2013
Louise W. Flanagan
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRIER CREEK CORPORATE CENTER ASSOCIATES LIMITED PARTNERSHIP, et al. | ) ) ) ) | Case No. 5:13-CV-00130-FL Local Civil Rule 6.1 |
| Appellees. | ) | |

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | |
| | ) | |
| Appellant. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRIER CREEK CORPORATE CENTER ASSOCIATES LIMITED PARTNERSHIP, et al. | ) ) ) ) | Case No. 5:13-CV-00142-FL Local Civil Rule 6.1 |
| Appellees. | ) | |

**BANK OF AMERICA, N.A.'S MOTION TO STAY THE BANKRUPTCY APPEALS AND REQUEST FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF AND APPELLANT'S REPLY BRIEF**

Bank of America, N.A. respectfully requests that the Court stay the above-captioned bankruptcy appeals until April 24, 2013. Bank of America also requests that the Court extend the deadline to file Appellee's Brief to May 2, 2013 and Appellant's Reply Brief to May 10, 2013. In support of its request, Bank of America shows as follows:

1. The above-captioned cases arise from appeals of two orders entered by the United States Bankruptcy Court for the Eastern District of North Carolina that stayed the same