UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRIER CREEK CORPORATE CENTER | ) | Case No. 5:13-CV-00130-FL |
| ASSOCIATES LIMITED | ) | Local Civil Rule 6.1 |
| PARTNERSHIP, et al. | ) | |
| | ) | |
| Appellees. | ) | |

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | |
| | ) | |
| Appellant. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRIER CREEK CORPORATE CENTER | ) | Case No. 5:13-CV-00142-FL |
| ASSOCIATES LIMITED | ) | Local Civil Rule 6.1 |
| PARTNERSHIP, et al. | ) | |
| | ) | |
| Appellees. | ) | |

**ORDER ALLOWING APPELLEES' MOTION TO STAY THE BANKRUPTCY APPEALS AND EXTENDING TIME TO FILE APPELLEE'S BRIEF AND APPELLANT'S REPLY BRIEF**

**THIS MATTER** came before the Court on Appellees' motion to stay the above-captioned bankruptcy appeals and request for an extension of time for the Appellees to file their Appellee Brief and for the Appellant to file its Reply Brief. As the motion states that Bank of America, N.A. consents to the requests, and for good cause shown, Appellees' Motion is hereby **GRANTED**. The above-captioned bankruptcy appeals shall be stayed up to and until May 8,

2013. The Appellees shall have up to and until May 16, 2013 to file an Appellee Brief. Bank of America shall have up to and until May 24, 2013 to file a Reply Brief.

Dated: 4/26/13

_____
Judge Louise W. Flanagan
United States District Court
Eastern District of North Carolina